1  **RICHARD A. BESHWATE, JR.  179782**
   Attorney at Law
2  2014 Tulare Street, Suite 414
   Fresno, CA  93721
3  Telephone:  559.266.5000
   Facsimile: 559.266.0507
4

5  Attorney for Defendant, ELIZABETH BEAUFORD

6

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,         )    CASE  NUMBER:  1:07-cr-00057  OWW
                                     )
11         Plaintiff,                )
                                     )    STIPULATION AND ORDER FOR
12 v.                                )    RESETTING HEARING
                                     )
13 ELIZABETH BEAUFORD,               )    Date:       APRIL 21, 2008
                                     )    Time:       9:00 a.m..
14         Defendant.                )    Courtroom:  Hon. Oliver W. Wanger
                                     )
15

16    IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the

17 defendant ELIZABETH BEAUFORD by and through her attorney, that the Sentencing Hearing set for

18 Monday, April 21, 2008, at 9:00 a.m. be vacated and set on **MAY 12, 2008**, at 9:00 a.m.

19    Time is to be excluded due to my unavailability pursuant to 18 USC 3161.

20                                          Respectfully submitted,

21

22 DATED: April 11, 2008                    /s/   Richard A. Beshwate, Jr.
                                            RICHARD A. BESHWATE, JR.
23                                          Attorney for Defendant,
                                            ELIZABETH BEAUFORD
24

25 ///

26

27

28 U.S. v. ELIZABETH BEAUFORD, et al.
   STIPULATION AND ORDER FOR  RESETTING SENTENCING
   CASE NUMBER: 1:07-cr-00057 OWW                                                          1

| | |
|---|---|
| DATED: April 11, 2008 | /s/  Stanley Boone<br>STANLEY BOONE, AUSA |

**Approved verbally by all parties on April 11, 2008**

## **ORDER**

In accordance with the stipulation, IT IS HEREBY ORDERED that the Sentencing Hearing set for Monday, April 21, 2008, at 9:00 a.m. is VACATED and RESET for MAY 12, 2008, at 9:00 a.m. Time is excluded pursuant to 18 USC 3161.

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   April 11, 2008** | /s/ Oliver W. Wanger<br>UNITED STATES DISTRICT JUDGE |