DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, #252052
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CORY BRANDON BEAUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:07-CR-00057 OWW |
| Plaintiff, | STIPULATION TO CONTINUE/RE-SET EVIDENTIARY HEARING ON DEFENDANT CORY BEAUFORD'S MOTION TO SUPPRESS STATEMENTS;  ORDER THEREON |
| v. | |
| CORY BRANDON BEAUFORD, | Date:  June 19, 2008 |
| Defendant. | Time:  1:30 P.M. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through  their respective attorneys of record herein, that **the evidentiary hearing on defendant Cory Brandon Beauford's motion to suppress statements previously scheduled for April 25, 2008, may be continued to and re-set for June 19, 2008, at 1:30 P.M.**

The parties agree that the delay resulting from the continuance shall be excluded for the Court's . consideration of and decision on defendant's motion to suppress,  pursuant to 18 U.S.C. § 3161(h)(1)(F),

///

///

///

///

in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: May 2, 2008                        /s/ Stanley A. Boone
                                                STANLEY A. BOONE
                                                Assistant Federal Defender
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: May 2, 2008                        /s/ Carrie S. Leonetti
                                                CARRIE S. LEONETTI
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                CORY BRANDON BEAUFORD

**O R D E R**

IT IS SO ORDERED.

**Dated:** **May 2, 2008**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue/Re-Set Evidentiary Hearing
on Defendant Cory Beauford's Motion to Suppress
Statements; [Proposed] Order Thereon              -2-