DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, #252052
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CORY BRANDON BEAUFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>             Plaintiff,   )<br>   )<br>       v.   )<br>   )<br>CORY BRANDON BEAUFORD,   )<br>   )<br>             Defendant.   )<br>_____)  | NO. 1:07-CR-00057 OWW<br><br>STIPULATION TO CONTINUE/RE-SET EVIDENTIARY HEARING ON DEFENDANT CORY BEAUFORD'S MOTION TO SUPPRESS STATEMENTS; ORDER THEREON<br><br>Date: June 19, 2008<br>Time: 1:30 P.M.<br>Judge: Hon. Oliver W. Wanger |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that **the evidentiary hearing on defendant Cory Brandon Beauford's motion to suppress statements previously scheduled for April 25, 2008, may be continued to and re-set for June 19, 2008, at 1:30 P.M.**

   The parties agree that the delay resulting from the continuance shall be excluded for the Court's . consideration of and decision on defendant's motion to suppress, pursuant to 18 U.S.C. § 3161(h)(1)(F),

///

///

///

///

in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                McGREGOR W. SCOTT
                United States Attorney

DATED: May 2, 2008         /s/ Stanley A. Boone
                STANLEY A. BOONE
                Assistant Federal Defender
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Defender

DATED: May 2, 2008         /s/ Carrie S. Leonetti
                CARRIE S. LEONETTI
                Assistant Federal Defender
                Attorney for Defendant
                CORY BRANDON BEAUFORD

# O R D E R

IT IS SO ORDERED.

**Dated:   May 2, 2008**         **/s/ Oliver W. Wanger**
                UNITED STATES DISTRICT JUDGE